IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

SHARRON MCCUTCHEON

Defendant.

18-CR-208-V

---

## SUPERSEDING INFORMATION
(Title 21, United States Code, Section 846)

### COUNT 1

**The United States Attorney Charges That:**

Beginning in or about February 2018, the exact date being unknown, and on or about the date of March 30, 2018, in the Western District of New York, the defendant SHARRON MUCCUTCHEON did knowingly, willfully, and unlawfully combine, conspire, and agree with others, known and unknown, to commit the following offenses, that is: to possess with the intent to distribute, and to distribute, cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**All in violation of Title 21, United States Code, Section 846.**

DATED: Buffalo, New York, June 20, 2019.

JAMES P. KENNEDY, JR.
United States Attorney

BY: _____
EMMANUEL O. ULUBIYO
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
716/843-5713
Emmanuel.Ulubiyo@usdoj.gov