IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      v.                                                 18-CR-208

SHARRON MCCUTCHEON

                Defendant.

## STATEMENT OF THE GOVERNMENT
## WITH RESPECT TO SENTENCING FACTORS

**PLEASE TAKE NOTICE** that the government hereby adopts all findings of the Presentence Report with respect to sentencing factors in this action.

Should the defendant present any letters of support or sentencing statement to the Court, the United States will move to strike the items from the record if this office is not provided with copies at least three (3) business days prior to sentencing.

The defendant is required by 18 U.S.C. § 3013 to pay the sum of $100 at the time of sentencing. Immediately after sentencing, the defendant must pay the amount due by personal check, cashier's check or certified funds to the United States District Court Clerk.

The government requests that the Court order all financial obligations be due immediately. In the event the defendant lacks the ability to immediately pay the financial obligations in full, the government requests that the Court set a schedule for payment of the obligations.

In the event present counsel for the defendant will continue to represent the defendant after sentencing in regard to the collection of unpaid financial obligation(s), the government requests that a letter so advising be sent to:

>   Asset Forfeiture/Financial Litigation Unit
>   U.S. Attorney's Office WDNY
>   138 Delaware Avenue
>   Buffalo, New York  14202

If a letter is not received within ten (10) days of sentencing, the defendant will be directly contacted regarding collection of the financial obligation(s).

Upon the ground that the defendant has assisted authorities in the investigation or prosecution of the defendant's own misconduct by timely notifying authorities of the defendant's intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the Court to allocate their resources efficiently, the government hereby moves the Court to apply the additional one (1) level downward adjustment for acceptance of responsibility pursuant to U.S.S.G. § 3E1.1(b).

DATED:  Buffalo, New York, September 24, 2019.

>   JAMES P. KENNEDY, JR.
>   United States Attorney
>
>   BY:   s/EMMANUEL O. ULUBIYO
>   Assistant United States Attorney
>   United States Attorney's Office
>   Western District of New York
>   138 Delaware Avenue
>   Buffalo, New York  14202
>   716/843-5713
>   Emmanuel.Ulubiyo@usdoj.gov